IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WANDA VILLARS                                                                                PLAINTIFF

vs.                                Civil No. 6:08-cv-06023

MICHAEL J. ASTRUE                                                   DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 24th day of March, 2010, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                                    /s/ Barry A. Bryant
                                                                    HON. BARRY A. BRYANT
                                                                    U. S. MAGISTRATE JUDGE